STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Preston Miller Summers
Attorney at Law
P. O. Box 86
Abbeville LA 70511-0086

**REHEARING ACTION: February 18, 2015**

**Docket Number: 14   00905-CW**

**LILLIE LEE PILETTE**
**VERSUS**
**LAFAYETTE GENERAL MEDICAL CENTER, ET AL.**

**Writ Application from Lafayette Parish Case No. 20135244**

<u>**BEFORE JUDGES:**</u>

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**
> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lillie Lee Pilette** has this day been

> **DENIED.**

cc: Nicholas Gachassin, Jr., Counsel for  the Respondent
    Nicholas Gachassin, III, Counsel for  the Respondent
    Barbara A. Olinde, Counsel for  the Respondent
    Julie Savoy, Counsel for  the Respondent
    Marc W. Judice, Counsel for the Applicant
    J. Ryan Pierret, Counsel for the Applicant